IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ALPHONZA LEONARD PHILLIP THOMAS )
)
        Plaintiff, )
)
   v. ) 1:23CV183
)
THE STATE OF NORTH CAROLINA )
)
        Defendant(s). )

**ORDER**

On October 30, 2023, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). Objections were filed within the time limits prescribed by section 636. (Doc. 10.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED this action is DISMISSED without prejudice to Plaintiff filing an action using the proper forms completed and signed by Plaintiff.

                                           /s/   Thomas D. Schroeder
                                       United States District Judge

December 5, 2023